AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

THE UNITED STATES OF AMERICA

-against-

Dinesh D' Souza

Defendant.

**APPEARANCE**

Case Number: 1:14-CR-00034

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendant, Dinesh D'Souza.

I certify that I am admitted to practice in this court.

| 1/27/2014 | s/Alex Spiro | |
|---|---|---|
| Date | Signature | |
| | Alex Spiro | AS4656542 |
| | Print Name | Bar Number |
| | 767 Third Avenue, 26th Floor | |
| | Address | |
| | New York          NY | 10017 |
| | City                State | Zip Code |
| | (212) 750-7800 | (212) 750-3906 |
| | Phone Number | Fax Number |