# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 31, 2014

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

### RE: U.S. v. DINESH D'SOUZA, 14CRIM034RMB

Dear Judge Berman:

The United States Attorney's Office has not yet approved the Co-signor for the above entitled matter. The assigned United States Attorney has kindly granted a week extension on the submission of the Co-signor's paperwork. Therefore, we ask that the time in which this approval may be obtained be extended until one week from today, or Friday, February 7, 2014.

Thank you in advance for your cooperation with this matter.

Respectfully,

Alex Spiro