```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                  -against-

DINESH D'SOUZA,
                  Defendant.
-----------------------------------------------------------X

## ORDER

14 **CR.** 34 (RMB)

      Regarding Defense counsel Benjamin Brafman's application on behalf of Mr. D'Souza that Mr. D'Souza be permitted to alter his current bail restrictions (which, among other things, include no travel outside the continental United States) in order to travel (i) to Mexico to participate in a business related event scheduled for March 24, 2014; and (ii) to Australia to participate in a business related event scheduled for April 11, 2014 through April 13, 2014, and having considered the oral arguments of counsel on March 4, 2014 regarding this travel application, including, among other things, the impending trial of this case on May 19, 2014; the nature (and history) of the case; the reasons for the requested travel; and the consent to travel given by Pretrial Services for the Southern District of New York and the Southern District California, the Court directs as follows:

      1) The Court will modify the bail conditions temporarily to permit Defendant's travel to and from Mexico in March;

      2) The Court suggests, without deciding on the merits, that given its temporal proximity to the trial, the trip to Australia might be postponed until after the trial on May 19, 2014.

      Mr. Brafman is respectfully requested to advise the Court whether the Australian trip can be postponed, and also to make appropriate arrangements with Pretrial Services

regarding the Mexico trip (including providing any information that Pretrial Services may request and any reporting to Pretrial Services while traveling).

Dated: New York, New York
March 4, 2014

_____
**RICHARD M. BERMAN, U.S.D.J.**