# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

March 10, 2014

**VIA MAIL & ECF DELIVERY**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

### RE: U.S. v. DINESH D'SOUZA, 14 CR. 034 (RMB)

Dear Judge Berman:

    We have received the Court's response to our bail application and will of course abide by Your Honor's decision. Mr. D'Souza will cancel his Australian speaking engagement. Mr. D'Souza has asked me to thank your Honor again for the permission to travel to Cabo, Mexico and assures the Court that he will return as promised.

    With respect to counsel's application for a one day adjournment of the trial date (on consent), I would respectfully ask if I could be advised of the Court's position on that request at your Honor's earliest convenience so that I may finalize travel plans for my Ohio trip.

Respectfully,

Benjamin Brafman

cc:    Carrie Cohen, Assistant United States Attorney (via email: Carrie.Cohen@usdoj.gov)

       Dinesh D'Souza