UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indict No. 14 Cr 034 (RMB)

---

UNITED STATES OF AMERICA

- against -

DINESH D'SOUZA,

Defendant.

---

## DEFENDANT'S CHANGES AND/OR ADDITIONS TO THE GOVERNMENT'S PROPOSED EXAMINATION OF PROSPECTIVE JURORS

BRAFMAN & ASSOCIATES, P.C.
*Attorneys for Defendant Dinesh D'Sousa*
767 Third Avenue, 26th Floor
New York, New York 10017
212 750-7800

BENJAMIN BRAFMAN
MARK M. BAKER
ALEX SPIRO
    Of Counsel

We respectfully request the following additions to the Government's Proposed Examination of Prospective Jurors.

## DEFENDANT'S STATEMENT OF CASE

The Defense's statement of the case is as follows: The defendant maintains that he is innocent of the charges. The defendant remains adamant that he neither knowingly nor willfully violated the criminal law.

## DEFENDANT'S PUBLICATIONS

We respectfully request that the Court question the prospective jurors on the Defendant's various publications and films. The Defense requests that the court inquire as to whether any of the prospective jurors: Have heard of Dinesh D'Souza; have read or viewed any of his writing or films, including but not limited to, "The Roots of Obama's Rage," "Obama's America," and "2016". In addition, the Defense requests that the Court inquire as to whether any of the prospective jurors have followed the case in the media. Finally, the Defense respectfully requests that the Court inquire as to whether any of the defendant's views would cause the juror to have any difficulty being fair and impartial.

## POLITICAL ACTIVITIES

We respectfully request that the Court inquire into whether any of the prospective jurors have actively participated in a political campaign, or contributed to a political candidate, and the nature of participation and or contribution. Furthermore, the Defense requests that the Court inquire as to whether any of the prospective jurors have any views regarding, or participated in the candidacy of Wendy Long or Kirsten Gillibrand for Senate, or President Barack Obama.

Dated:    New York, New York
         April 23, 2014

                                      Respectfully Submitted,

                                      **BRAFMAN & ASSOCIATES, P.C.**
                                      *Attorneys for Defendant Dinesh D'Sousa*
                                      767 Third Avenue, 26th Floor
                                      New York, New York 10017
                                      212 750-7800

                       By:    _____
                                   BENJAMIN BRAFMAN
                                   BB2285

MARK M. BAKER
ALEX SPIRO
    Of Counsel