## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

April 23, 2014

**VIA HAND & ECF DELIVERY**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

### RE: U.S. v. DINESH D'SOUZA, 14 CR. 034 (RMB)

Dear Judge Berman:

    In accordance with the Court's direction, we enclose Defendant's Response to the Government's In Limine Motion and several additional requests that we respectfully ask your Honor to include when questioning prospective jurors.

    Also, in accordance with your Honor's instructions, we have previously provided the Government with Defendant's comments, or additions to the Government's Request to Charge and their Verdict Sheet for filing with your Honor as joint documents.

    Thank you for the courtesy your Honor has extended in this matter.

Respectfully,

Benjamin Brafman

cc:   Carrie Cohen, Assistant United States Attorney (via email: Carrie.Cohen@usdoj.gov)