```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -    X
                                        :
 UNITED STATES OF AMERICA
                                        :    14 Cr. 034 (RMB)
         - v.-
                                        :
 DINESH D'SOUZA,
                                        :
                Defendant.
                                        :
- - - - - - - - - - - - - - - - - -    X
```

JOINT PROPOSED VERDICT SHEET[1]

                                                  PREET BHARARA
                                                  United States Attorney for the
                                                  Southern District of New York
                                                  Attorney for the United States
                                                    of America

BY:
Carrie H. Cohen
Paul M. Krieger
Assistant United States Attorneys
Southern District of New York
     - Of Counsel -

                                                  BRAFMAN & ASSOCIATES, P.C.
                                                  *Attorneys for Dinesh D'Souza*

BY:
Benjamin Brafman
Mark M. Baker
Alex Spiro

---

[1] The defendant's objections are indicated in *italics*.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -  x

UNITED STATES OF AMERICA              :      JURY VERDICT

       - v. -                         :      14 Cr. 34 (RMB)

DINESH D'SOUZA,                       :

              Defendant.              :

- - - - - - - - - - - - - - - - - - - -  x
```

**COUNT ONE**

1. How do you find the defendant with respect to Count One (*knowingly and willfully* making federal campaign contributions in the name of at least one other person)?

   GUILTY _____          NOT GUILTY _____

If you answered "GUILTY," please answer question no. 2 below.  If you answered, "NOT GUILTY," please continue to question no. 3.

2. What was the total dollar amount of the campaign contributions that the defendant made in the name of at least one other person in a calendar year?

   (A)   More than $10,000: _____

   (B)   $10,000 or less, but $2,000 or more: _____

**COUNT TWO**

3. How do you find the defendant with respect to Count Two (*knowingly and willfully* causing false statements in a matter within the jurisdiction of the executive, legislative, or judicial branch of the United States)?

   GUILTY _____          NOT GUILTY _____

Dated:  New York, New York
        May __, 2014

                                    _____
                                    Foreperson, on behalf of jury unanimously