UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,



                                                  **ORDER**

                -against-                                       14 Cr. 34

DINESH D'SOUZA,

                Defendant.
------------------------------------------------------------X

       At a conference held on March 4, 2014, the Court scheduled a final pretrial conference for May 15, 2014 at 9:30 a.m.. (Note that this conference will be held in Courtroom 17 B, where the trial will also be conducted). Brief oral argument on the outstanding motions will be heard at that time.

       Also, counsel for the Government shall provide to the Court by May 6, 2014 at 12:00 noon, the following items:

       1) a copy of the October 30, 2013 tape recorded conversation between Dr. Louis Joseph and Denise Joseph. Counsel shall also be prepared (with audio equipment) to play such recording at the conference scheduled for May 15, 2014;

       2) a copy of the 2012 Allocation Form sent from the Long Campaign to the Defendant that was referenced in Government's Motion in Limine dated April 17, 2014;

       3) a copy of the joint proposed jury charges in either Microsoft Word or WordPerfect format which may be emailed to Chambers; and

       4) identifying information for the proposed witnesses and names likely to be mentioned at trial, i.e. sample format might be "Dr. Louis T. Joseph, resident of Michigan".

Dated: New York, New York
          May 5, 2014



RICHARD M. BERMAN, U.S.D.J.