

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2014

**By ECF (without enclosures) and Hand Delivery**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Dinesh D'Souza</u>, 14 Cr. 034 (RMB)

Dear Judge Berman:

      Pursuant to Your Honor's May 5, 2014 Order, respectfully enclosed are the following materials: 1) a CD of the October 30, 2013 tape recorded conversation between Dr. Louis Joseph and Denise Joseph as well as a revised transcript of the conversation; 2) a copy of the Allocation Form sent to the Long Campaign to the defendant, which bears Bates No. 167; and 3) a List of Names Likely to be Mentioned at Trial, which updates the names and entities listed in the Government's Voir Dire Request No. 16. In addition, the Government has emailed a copy of the Joint Requests to Charge to Chambers pursuant to Your Honor's Order.

                              PREET BHARARA
                              United States Attorney
                              Southern District of New York

                By:    _____/s/_____
                              Carrie H. Cohen/Paul M. Krieger
                              Assistant United States Attorney
                              (212) 637-2264/1084

Encs.
cc: Benjamin Brafman, Esq. (via e-mail and ECF)