

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2014

**By ECF and Hand Delivery**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Dinesh D'Souza</u>, 14 Cr. 034 (RMB)

Dear Judge Berman:

  The Government respectfully writes on behalf of both parties to advise the Court that the parties have agreed not to seek to introduce at trial or question any witness about any part of the October 30, 2013 tape recorded conversation between Dr. Louis Joseph and Denise Joseph, including the fact that the conversation was recorded. Accordingly, the portion of the Government's motion *in limine* that relates to the tape recording need not be decided by the Court.

          PREET BHARARA
          United States Attorney
          Southern District of New York

     By: _____/s/_____
        Carrie H. Cohen/Paul M. Krieger
        Assistant United States Attorney
        (212) 637-2264/1084

cc: Benjamin Brafman, Esq. (via e-mail and ECF)