

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 3, 2014



RECEIVED
SEP 05 2014
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**By ECF and Hand Delivery**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/14

Re: <u>United States v. Dinesh D'Souza</u>, 14 Cr. 034 (RMB)

Dear Judge Berman:

The Government respectfully writes with respect to the schedule for sentencing submissions in the above matter. On May 20, 2014 at the plea proceeding, the Court scheduled the sentencing hearing for September 23, 2014 with the defendant's submission due on September 1, 2014, which was Labor Day, and the Government's submission due one week later on September 9, 2014. As the defendant filed its submission on September 3, 2014, the Government respectfully requests that the Court permit the Government to file its sentencing submission a week after the defense submission, which is Wednesday, September 10, 2014. Defense counsel consents on behalf of the defendant to this request.

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant United States Attorney
(212) 637-2264

cc: Benjamin Brafman, Esq. (via e-mail and ECF)

Application Granted.

SO ORDERED:
Date: 9/5/14

Richard M. Berman, U.S.D.J.