```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
                     PENSACOLA DIVISION




UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )
                             )    Case No. 3:12cr76/LAC
                             )
                             )    Pensacola, Florida
                             )    April 23, 2013
     v.                      )    10:34 a.m.
                             )
JAY ODOM,                    )
                             )
     Defendant.              )
                             )



                           JUDGMENT

          EXCERPT OF SENTENCING PROCEEDINGS
          BEFORE THE HONORABLE LACEY A. COLLIER,
           SENIOR UNITED STATES DISTRICT JUDGE
                   (Pages 1 through 5)


APPEARANCES:

For the Government:      RANDALL J. HENSEL, ESQUIRE
                         United States Attorney's Office
                         21 East Garden Street, Suite 400
                         Pensacola, Florida  32502

For the Defendant:       JAMES P. JUDKINS, ESQUIRE
                         Kitchen, Judkins, Simpson
                         Post Office Box 10368
                         Tallahassee, Florida  32302
```

**EXCERPT PROCEEDINGS**

**(Defendant present with Counsel.)**

10:34:50AM   **THE COURT:**  All right.  This is certainly, as most sentences are, a difficult one, because it is necessary to balance the good that you have done in your life with this particular offense.

10:35:05AM   The offense, though, is one that goes to the very heart of our democratic system.  If we cannot have faith and confidence in our election process, then we can't exist as a democracy.

10:35:19AM   So it is a direct attack on the very basics of our system and is difficult.  I'm disappointed to understand -- not that you, but others in writing on your behalf talked about how they didn't think there was anything wrong with it, that everybody does it, it's just one of those things that's part of the system.

10:35:48AM   Well, I hope and pray that that is not the case, but it's necessary, of course, that this be dealt with considering the seriousness of the offense as well as that misunderstanding on behalf of apparently so very many people that it is in fact just a mistake that's done all the time at no consequences as a result.

10:36:23AM   Well, the consequences, I'm sure, cannot be necessarily identified in every case or defined, but clearly it violates the system that we all cherish and respond to.

```
10:36:42AM   1              So I have certainly in this case particularly reviewed
10:36:47AM   2    all of the factors of Section Title 18, United States Code,
10:36:54AM   3    3553(a), in determining what I consider to be a fair and just
10:36:58AM   4    and necessary punishment in this case.
10:37:01AM   5              And I do determine the Presentence Report to be
10:37:03AM   6    accurate as it is presented, and it's findings will be
10:37:07AM   7    considered in the imposition of sentence.
10:37:09AM   8              And it's the judgment of the Court that you be
10:37:12AM   9    committed to the custody of the Bureau of Prisons to be
10:37:15AM  10    imprisoned for a period of six months.
10:37:18AM  11              And as I say, I reviewed all the factors of Title
10:37:22AM  12    3553(a), as well as the advisory nature of the Sentencing
10:37:28AM  13    Guidelines, and conclude that this sentence is reasonable and
10:37:30AM  14    necessary in this case to comply with the statutorily defined
10:37:38AM  15    purposes of sentencing.
10:37:39AM  16              And I do find that this is necessary to reflect the
10:37:44AM  17    seriousness of the offense and to promote respect for the law
10:37:49AM  18    and provide just punishment for this particular offense.  And
10:37:54AM  19    just as importantly, perhaps, is to afford an adequate
10:37:59AM  20    deterrence for anyone else who might consider similar criminal
10:38:03AM  21    conduct.
10:38:03AM  22              And I do find, given the circumstances here, this
10:38:07AM  23    sentence to be necessary and reasonable, but a greater sentence
10:38:12AM  24    is not necessary.
10:38:13AM  25              I do find the ability to pay a fine within the
```

```
10:38:22AM   1   applicable range, and therefore, a fine in the amount of $46,000
10:38:26AM   2   is ordered due and payable within 90 days of this judgment.
10:38:31AM   3           There is required by law a $100 special monetary
10:38:35AM   4   assessment that is ordered due and payable immediately.  And
10:38:40AM   5   there will be no supervision following the incarceration.
10:38:45AM   6           And I would ask, any objections to the ultimate
10:38:50AM   7   findings of fact or conclusions of law relating to the judgment
10:38:53AM   8   or sentence?
10:38:54AM   9           MR. JUDKINS:  None, Your Honor.
10:38:57AM  10           MR. HENSEL:  None from the Government, Judge.
10:38:59AM  11           THE COURT:  You are advised that you have 14 days in
10:39:01AM  12   which to appeal this sentence.  You have a right to be
10:39:05AM  13   represented by an attorney on an appeal.  If you could not
10:39:08AM  14   afford an attorney, one would be appointed for that purpose upon
10:39:12AM  15   your petition to the Court, and in that circumstance appeal
10:39:16AM  16   could be taken without cost to you.
10:39:17AM  17           And is there any understanding as to Defendant's
10:39:24AM  18   self-reporting?
10:39:24AM  19           MR. HENSEL:  Judge, we have not discussed it, but I
10:39:27AM  20   reviewed the Pretrial Services Report, and I find no basis for
10:39:31AM  21   an objection to allowing him to self-report.
10:39:33AM  22           THE COURT:  All right.  Well, I do find that you have
10:39:36AM  23   complied with all the requirements of the pretrial release, and
10:39:40AM  24   for that reason I'm going to allow you to remain at liberty
10:39:45AM  25   under the same terms and conditions, same bond applying, with
```

```
10:39:49AM   1   the added provision that you report to the marshal in this
10:39:58AM   2   building by twelve noon on Monday, the 10th of June.  And if a
10:40:04AM   3   place of confinement has been designated, you may report to that
10:40:09AM   4   facility at your own expense by twelve noon on the 10th of June.
10:40:13AM   5            And I do caution that failure to report to one of
10:40:17AM   6   these two places as directed would constitute a violation of
10:40:21AM   7   your release conditions and subject you to further prosecution
10:40:26AM   8   for that violation.
10:40:27AM   9            Do you have any questions about what's expected?
10:40:32AM  10            THE DEFENDANT:  No, Your Honor.
10:40:32AM  11            THE COURT:  You need to see the probation officer
10:40:34AM  12   before you leave here today.
10:40:37AM  13            Anything further?
10:40:39AM  14            MR. HENSEL:  Judge, pursuant to the plea agreement,
10:40:43AM  15   the Government moves to dismiss Count One of the indictment.
10:40:46AM  16            THE COURT:  Very well, that will be granted, and Count
10:40:49AM  17   One will be dismissed.  Anything further?
10:40:55AM  18            MR. JUDKINS:  Nothing, Your Honor, thank you.
10:40:58AM  19            THE COURT:  Court will be in recess.
            20                  (Proceedings concluded at 10:40 a.m.)
            21                        --------------------
            22   I certify that the foregoing is a correct transcript from the
                 record of proceedings in the above-entitled matter.  Any
            23   redaction of personal data identifiers pursuant to the Judicial
                 Conference Policy on Privacy are noted within the transcript.
            24
                    s/Donna L. Boland                                  5-21-13
            25      Donna L. Boland, RPR, FCRR                         Date
                    Official Court Reporter
```

*Donna L. Boland, RPR, FCRR*
*United States Court Reporter*
*One North Palafox Street * Pensacola, Florida   32502*
*850.470.8189*