Case 1:14-cr-00034-RMB   Document 52-5   Filed 09/10/14   Page 1 of 5

| Home | About | Books ▼ | Blog | Videos | Speaking ▼ | Contact | Press | Store |









# VIDEO: D'SOUZA REACTS TO CAMPAIGN FINANCE PLEA ON "THE KELLY FILE"

MAY 20, 2014 IN NEWS WITH 1 COMMENT

 Thanks for reading! **LIKE** my Facebook Page for updates on new content from DineshDSouza.com. 



**D**'Souza joined Megyn Kelly for *The Kelly File* on FOX News Tuesday night. Earlier in the day, he faced a judge in lower Manhattan.

Tonight on *The Kelly File*, D'Souza explained, "I was facing two charges, Megyn. The first one was exceeding the campaign finance limits. The second one was causing the Election Commission to file a false report, and that second charge carried a maximum of five years in prison. So what happened today is that I pleaded guilty to the charge of exceeding the campaign finance limits and the government agreed to drop the second charge."

When Kelly point blank asked D'Souza why he made contributions that violated the law, he said, "I wanted to help [Wendy Long]. I just chose the wrong and stupid way to do it. I shouldn't have done it. And I'm taking responsibility for it."



 **Dinesh D'Souza**
Watch my interview with

Tweets by @DineshDSouza



See the movie that prompted Obama to lash out at D'Souza on BarackObama.com!

D'Souza will forge ahead with his work, "I feel that I have a powerful message. The message of our film *America* that comes out in a month is the issue of justice. Very often as conservatives we tout 'liberty,' but when you go back and read the Declaration of Independence, it's an indictment of the justice of the Crown. Liberty for the American founders was a solution to the problem of justice. So, justice is at the center of our film."

When asked about the possibility of selective prosecution, he expressed concern, "You don't want to have a country in which Lady Justice has one eye open and she winks at her friends and then gives the evil eye to her enemies."

Watch the whole interview here:



When prompted by Kelly at the end of the interview, her Twitter fans lent their thoughts:



Earlier in the day, Wendy Long released a statement to *National Review* in support of D'Souza: "There is no corruption here, and this entire episode is a shameful government overreach and a violation of the U.S. Constitution."

D'Souza's *America* co-producer Gerald Molen spoke his mind about the case to *WND* as well: "This administration

> @DineshDSouza Keep up struggle; so sorry 4 attack ur enduring. Ur movies r pivotally imp; I meet ppl who's opinions have been changd by them
>
> — Laurel Pauline (@LaurelCatherine) May 21, 2014

> @DineshDsouza Nice! Job on @MegynKelly

> #kellyfile Thank goodness for FNC & @megynkelly for giving @DineshDSouza a voice who definitely faced political targeting.
>
> — Kathryn Tyler (@ensignbay) May 21, 2014

Pre-order D'Souza's newest book today! Available June 2.

doesn't see its opponents as dissenters but as enemies, and if they can't refute you, they try to lock you up."

D'Souza's latest book is *America: Imagine A World Without Her*. In it, D'Souza offers a passionate and sharply reasoned defense of America, knocking down every important accusation made by progressives against our country. Click to pre-order your copy of *America* today!

The brand new trailer for D'Souza's upcoming film, *America*, was released earlier this month on *The Kelly File*. Watch below:

> *U may have gained a whole new group of fans cause now U can speak from experience.*
>
> — lmcjazz (@lmcjazz) May 21, 2014

> *Still a fan of @DineshDSouza. Going to see America when it opens! Wish some others would get prosecuted for their far more serious crimes.*
>
> — Dude Tari (@verytari) May 21, 2014

Enter your zip code and we'll request that theaters in your hometown show *America*!



Previous: WND: "SCHINDLER'S ...

## One Response to "VIDEO: D'Souza Reacts to Campaign Finance Plea on "The Kelly File""

Rottweiler   May 21, 2014 at 2:25 am #

I doubt those who read your books, watch your movies and generally just admire your articulate and concise opinions would let this event tarnish your appeal. I admire your knowledge, patriotic spirit not to mention a love for this country. You give those with little voice in this country (with this current administration) a spark that the future may be brighter. Maybe the difference is you make it brighter. Thank you for not being intimidated and silenced by this overly large and assuming government. God bless you Dinesh. I support you and may I say you are worth being audited over. When my comments are picked up by the NSA or internet purveyor I am sure to get "Joe the Plumber" treatment but you are worth it. Keep up the good work.

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

Website

Comment

Don't subscribe    Notify me of followup comments via e-mail.

You can also subscribe without commenting.

Subscribe me to email updates from Dinesh.

## Dinesh D'Souza

Hi, I'm Dinesh, a #1 *New York Times* bestselling author and creator of the second highest grossing political documentary film of all time, *2016: Obama's America*. I got my start in the Reagan White House as a policy analyst and went on to serve as a fellow at the American Enterprise Institute and Hoover Institute at Stanford. Learn more about me here.

## Speaking

Every year, I speak to businesses, churches, universities, and other groups about America, Christianity, Politics, and Apologetics. I've debated some of the leading thinkers including Peter Singer and the late Christopher Hitchens. To find out more or invite me to speak to your group, click here.

## What Others Are Saying

Dinesh D'Souza's appearance in the East Room at the Richard Nixon Presidential Library was one of **the best attended events the Nixon Foundation hosted in 2012 and one of the biggest book signing we've ever held**. He attracted a crowd from across the political spectrum to hear his commentary and insights on the direction of our country. He's an energetic, enthusiastic and inspiring speaker. We want Dinesh back!"

— **Sandy Quinn**, *President, Richard Nixon Foundation*

## My Books

• America

• Obama's America

• Godforsaken

• The Roots of Obama's Rage

• Life After Death

• What's So Great About Christianity

• The Enemy At Home

• Letters to a Young Conservative

• What's So Great About America

• The Virtue of Prosperity

• Ronald Reagan

• The End of Racism

• Illiberal Education

## Connect with Me

• Become a fan on Facebook

• Follow me on Twitter

• Subscribe to my Email List

Dinesh D'Souza © 2014

Speaking | Advertise | Privacy Policy | Permissions | Terms of Use | Contact | Site Map