UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                        **ADMINISTRATIVE ORDER**

        -against-

                                                        14 **CR.** 34 (RMB)

DINESH D'SOUZA,
                Defendant.
------------------------------------------------------------X

       In addition to the two videos submitted by the Government, the Court has viewed a video of an interview with Mr. D'Souza on or about June 3, 2014 with "The Blaze TV Real News".

Dated: New York, New York
       September 18, 2014

                                                    _RMB_
                                    **RICHARD M. BERMAN, U.S.D.J.**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/14