

**James B. Baker**
PO Box 78093
Atlanta, GA 30357

15 Sep 14

Hon. Richard Berman, District Judge
Moynihan US courthouse
500 Pearl Street
New York, NY  10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/14

Dear Sir:

I have followed the D'Souza "persecution" for some time.  I'm not surprised of D'Souza's pleading,  given the crushing force and intimation practices of the US DOJ.  All citizens are in jeopardy given the over 4500 criminal violation standards now in Federal law.

Avoiding droning on,  I urge you to recognize this primary example of selective prosecution and render a suspended sentence or vacated sentence.

I write this as a concerned citizen, knowing that the US Govt. could randomly crush me as well .

Very truly yours,

James B. Baker

---

Clerk to docket + file.

SO ORDERED:
Date: 9/22/14
Richard M. Berman, U.S.D.J.