**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

DAVID J. SULTZBAUGH
Chief Probation Officer

TRISHA K. YAMAUCHI
Deputy Chief Probation Officer

101 West Broadway
Suite 70
San Diego, CA 92101
(619) 557-6650

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/14

**MEMO ENDORSED**

December 1, 2014

Brett Halem
U.S. Probation Officer
United States Probation Office
500 Pearl St.
New York, NY 10007

Re: D'Souza, Dinesh
Dkt. No. 14CR34(RMB)
Monthly Status Report

*Thanks. Please include going forward dates (e.g. therapy) and dates + hours (e.g. community service) + dates of stay at RRC. Also, please indicate "make-up" sessions. (See judgment dated 9/23/14.)*

**SO ORDERED:**
*Richard A. Berman*
12/2/14
Richard M. Berman, U.S.D.J.

Dear Mr. Halem:

This correspondence is in response to the Court's request for a written monthly status report regarding Mr. D'Souza's performance of community service hours, participation in counseling and compliance with the regulations of the residential re-entry center (RRC). This report covers the time period of November 24, 2014, through December 1, 2014.

Mr. D'Souza has completed an additional eight hours of community service. His supervisor at the school where he performs the community service is Alejandra Saavedra.

Because of his attendance at the status hearing on November 24, 2014, and the subsequent Thanksgiving holiday, Mr. D'Souza has not attended any additional therapy sessions since the report dated November 20, 2014. He is scheduled to meet with his therapist, Dr. Marshal, tomorrow.

According to his RRC case manager, Leilani Haslop, Mr. D'Souza continues to be in compliance with all the rules and regulations at the RRC.

Very truly yours,

*Kathy Schwarte*
Kathy Schwarte
U.S. Probation Officer

Reviewed by: *Elizabeth P. Simons*
Elizabeth P. Simons
Supervising U.S. Probation Officer