Ebo9dsoc

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

             v.                         14 CR 34 (RMB)

DINESH D'SOUZA,

             Defendant.

------------------------------x
                                        New York, N.Y.
                                        November 24, 2014
                                        12:05 p.m.

Before:

                    HON. RICHARD M. BERMAN

                                        District Judge

                            APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
CARRIE COHEN
PAUL KRIEGER
     Assistant United States Attorneys

BENJAMIN BRAFMAN
ALEX SPIRO
     Attorneys for Defendant


ALSO PRESENT:

BRETT HALEM, U.S.P.O. SDNY
KATHY SCHWARTE, U.S.P.O. California (by telephone)
```

1              (In open court)
2              THE COURT:  Mr. Brafman, I'm actually surprised to see
3     Mr. D'Souza present.  I thought we had waived his appearance on
4     the last --
5              MR. BRAFMAN:  We did waive his appearance.  I
6     discussed it with Mr. D'Souza.  He made the decision that
7     coming here personally would be an added measure of respect for
8     the Court who was very understanding in the sentence imposed so
9     he made the decision at his own expense to come here and now
10    he's going right back.  But it was optional.  He understood
11    that.  But, to his credit, he came.
12             THE COURT:  So we have on the phone.
13             MS. SCHWARTE:  This is Kathy Schwarte with probation
14    in San Diego.
15             THE COURT:  So Ms. Schwarte, I have your letter dated
16    November 20, 2014.  And I think it's self-explanatory.  There
17    is one part of it that I didn't quite understand, which I'll
18    get to.  But why don't you tell us what the progress is,
19    Mr. D'Souza is making, with respect to his sentence.
20             MS. SCHWARTE:  Okay, your Honor.  Everything is moving
21    along fine.  I have no concerns at all.  He did complete the
22    psychiatric assessment with Dr. Gould and no further
23    psychiatric treatment or medication is recommended.  He does
24    continue with his weekly counseling with Dr. Marshall.  I
25    believe he's had eight sessions with her.  And she expressed

1  that he is compliant and comes with a positive and open
2  attitude.  He is doing the community service as ordered as
3  well.  He's completed five weeks there, off one week for
4  Veterans Day.
5          THE COURT:  I'm sorry.  They're off what?
6          MS. SCHWARTE:  That was one issue I did want to
7  address with your Honor.  They will be off I think it's two
8  weeks for Christmas.  They're off the Monday for Martin Luther
9  King Day coming up.  I just want to make sure that's okay with
10 your Honor, that he does not complete the community service
11 when the school is closed.
12         THE COURT:  So what is the school?
13         MS. SCHWARTE:  But he is moving along with that well.
14         THE COURT:  Ms. Schwarte, what is the school?
15         MS. SCHWARTE:  At the halfway house they have no
16 concerns at all.  And those are the big issues.  He's been very
17 communicative with me.  And I have no concerns at this time.
18         THE COURT:  Can you hear me?
19         MS. SCHWARTE:  You're faint, your Honor, but I can.
20         THE COURT:  Well so one question I have is what is the
21 school that you referred to?
22         MS. SCHWARTE:  I'm sorry, your Honor.  He's teaching
23 the English classes to the immigrants at catholic schools -- I
24 believe one is like a church that has a class in it and the
25 other one is a school.  And they're affiliated.  So they close

1    for -- between semesters or just holiday breaks so that was
2    what I was referring to.
3             THE COURT:  So I think -- I don't know what you mean
4    by discretion but I would like there to be make-ups of the
5    community service so that we can have actual compliance with
6    the judgment which imposes the sentence which calls for weekly
7    community service.  Do you know what I mean?
8             MS. SCHWARTE:  I do know what you mean, your Honor.
9             THE COURT:  So that's what I want to have done.
10            MS. SCHWARTE:  Teaching non-English speaking
11   immigrants.  And if the school where he has those classes,
12   because that -- it was initially a little bit of a struggle to
13   find that specific class and he was able to find that.  But if
14   the school does not have sessions --
15            THE COURT:  I understood you.
16            MS. SCHWARTE:  -- for a week --
17            THE COURT:  Ms. Schwarte.
18            MS. SCHWARTE:  -- community service to do in a
19   different place.  But I it would be really hard for it to be
20   that specific order that -- the teaching English to immigrants.
21            MR. BRAFMAN:  Your Honor, may I make a suggestion,
22   sir?
23            THE COURT:  No.  Not yet.
24            So, Ms. Schwarte I'm having a little trouble hearing
25   you.

Ebo9dsoc

1    MS. SCHWARTE: I'm sorry.

2    THE COURT: No. No. I think I did hear you but I
3    want you to hear me. So I expect compliance with the judgment.
4    The judgment calls for weekly community service. So that's
5    what I expect to see. And so to the extent that you're seeking
6    discretion not to comply with the judgment I am not granting
7    you that discretion.

8    MR. BRAFMAN: Your Honor, if I may?

9    THE COURT: Do you understand?

10   MS. SCHWARTE: I do, your Honor.

11   MR. BRAFMAN: Your Honor, if I may make a suggestion,
12   sir?

13   THE COURT: Yes.

14   MR. BRAFMAN: We are not seeking to shorten the period
15   of community service.

16   THE COURT: I know, Mr. Brafman.

17   MR. BRAFMAN: We can make it up.

18   THE COURT: This is not an issue really that I have
19   with you. So this is -- this is something I'm trying to
20   clarify between myself and the probation officer.

21   MR. BRAFMAN: Yes. But I have a suggestion.

22   THE COURT: Just a minute. So it has to do with when
23   there's a judgment I expect it to be complied with. That's not
24   entirely, from your point of view I do expect compliance, no
25   question. But that's really between me getting clear with the

1    probation department because she has asked in her letter for
2    some discretion in that regard.  And I'm responding to that
3    question.
4            MR. BRAFMAN:  But, your Honor, if I may, we're only
5    struggling with the issue because the schools are closed during
6    this period.  What we would like to suggest -- it's almost
7    impossible to find another school that will be open during that
8    period.  So what I am suggesting is that we comply with the
9    complete sentence by tacking on sessions at the end of what
10   would normally be the end of the period of community service so
11   that you get the full measure of compliance and no one is
12   exercising discretion he can't show up at a school that's
13   closed.
14           THE COURT:  So that is a solution that is pretty much
15   what I said before, so make-ups.  So does it have to be on
16   Christmas Eve?  Obviously not, Mr. Brafman.  Does it have to be
17   on Thanksgiving Day?  Obviously not.  So just a little common
18   sense has to be applied here.
19           MR. BRAFMAN:  We will work it out with probation so
20   that --
21           THE COURT:  I'm sure you will.
22           MR. BRAFMAN:  So that you will have full compliance
23   with the sentence you imposed.
24           THE COURT:  I'm sure you will.  The same is true with
25   therapeutic counseling.  I don't know exactly what it means

1  someone is on vacation, whatever; but there are make-ups there
2  too.  So I just want to make sure that there is compliance with
3  the judgment.  Simple as that.  I'm glad things are going well
4  otherwise.
5          Mr. D'Souza how do you like the teaching?
6          THE DEFENDANT:  Your Honor, I like it very much.  I
7  teach both beginner, intermediate, and advanced English.  I
8  love the people.  I'm happy to do it.  And I'm enjoying it very
9  much.  I find it very gratifying and helpful.
10         THE COURT:  Who are the students by and large?
11         THE DEFENDANT:  They are mostly adults and they range
12 in ages from the 20s to the 60s.  They are mainly women but
13 there's a fair amount of men.  And then there are multiple
14 different classes.  I co-teach it with another teacher.  We do
15 it jointly.  And she is a native Spanish speaker.  So it works
16 very well.
17         THE COURT:  Is -- are most if not all of the students
18 Spanish speaking as their first language or there are other
19 first languages as well?
20         THE DEFENDANT:  As far as I can tell it's all Spanish.
21 In San Diego, so it's a border city.  So it's all Spanish to
22 English.
23         THE COURT:  Okay.  All right.  Ms. Schwarte, anything
24 else that you want to raise?
25         MS. SCHWARTE:  No, not at this time.  Thank you, your

Case 1:14-cr-00034-RMB   Document 68   Filed 12/22/14   Page 8 of 9    8
Ebo9dsoc

1  Honor.

2          THE COURT:  Anybody here want to raise?

3          MS. COHEN:  Nothing from the government, your Honor.

4          MR. BRAFMAN:  I just have a request, your Honor.

5          THE COURT:  Sure.

6          MR. BRAFMAN:  I agree that the Court keeping control
7  of the matter and from time to time getting updates.  I would
8  simply ask that if your Honor would consider that you receive
9  periodic written updates from Ms. Schwarte, that unless and
10 until an issue arises that causes you concern that we not be
11 required to appear in person although if you request it we
12 obviously will.

13         THE COURT:  So it's really part of the way I do things
14 not just in this case but in virtually every case where there's
15 supervised release or probation.  It's something I've learned
16 to do in -- back in family court.  I think it's generally
17 desirable.  I want to make it very clear that Mr. D'Souza does
18 not need to -- I know that he has respect for the Court.  He
19 does not need to be here unless there's a problem, but for the
20 lawyers and for the government and defense and me, you know,
21 we're all around the corner, so to speak.  And so I do think
22 it's a good idea to get these updates and, as now, there's a
23 question Ms. Schwarte had raised so I'm happy to resolve
24 questions.  If the reports are always good, then they will be
25 short conferences as this one has been.  But I do like to

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Ebo9dsoc

1  conduct these conferences.
2              So let me give you a proposed date.
3              (Pause)
4              So if you all are available I would propose the next
5  date with Ms. Schwarte and the lawyers, but understanding that
6  Mr. D'Souza does not need to be here, for March 2, 2015 at
7  11:30 eastern time.
8              MS. COHEN:  Fine with the government, your Honor.
9              THE COURT:  Mr. Brafman, does that work?
10             MR. BRAFMAN:  Yes, your Honor.
11             The only caveat it's also out of respect for the
12 court.  I'm scheduled to be on trial in Trenton for the month
13 of February.  It should be over by then.  If not, I will make
14 certain that either Mr. Spiro or another lawyer is present.
15             THE COURT:  That would be great.  Thanks very much.
16 Glad to see you all.  Wish you a happy holiday.
17             (Adjourned)
18
19
20
21
22
23
24
25