```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -against-

DINESH D'SOUZA,

                    Defendant.
------------------------------------------------------------X

**ORDER**

14 **CR.** 34 (RMB)

The Probation Department has recently updated the Court on the status of Mr. D'Souza's sentence which was issued on September 23, 2014. Probation has also enclosed a copy of an May 2015 Vanity Fair article by Evgenia Peretz about Mr. D'Souza.

With respect to USPO (San Diego) Schwarte's request that Mr. D'Souza's community service hours be "waived" from June 1, 2015 until July 13, 2015, the request is respectfully denied. The short explanation is, as all criminal defendants are aware, that we don't provide "summer breaks" in these circumstances. Moreover, the Court has previously advised the Probation Department in this matter that the Judgment of Conviction, dated September 23, 2014, means what it says: "Defendant shall perform one full day (8 hours) per week of community service."

I am confident that the Mater Dei School is not the only appropriate venue for community service in San Diego. The Court requests that Probation (New York and San Diego) forthwith arrange and send to the Court proposals (by May 12, 2015) for community service by Mr. D'Souza during the above mentioned period so that there will be no break in his community service obligation.

With respect to the Vanity Fair article, the Court has no immediate reaction other than the article suggests several fertile areas of discussion during Mr. D'Souza's required weekly therapeutic counseling (see Judgment, dated September 23, 2014, at 3). We can hear more about this at the July 13, 2015 conference (at which Mr. D'Souza may appear by phone).

Dated: New York, New York
         May 4, 2015

                                                _/s/ RMB_
                                        RICHARD M. BERMAN, U.S.D.J.