Marilyn M. Marshall Ph.D.
La Jolla Village Professional Center
8950 Villa La Jolla Drive, Ste. A110
La Jolla, California 92037
858.458.1060

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2015

RECEIVED
MAY 11 2015
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

May 5, 2015

Therapy should continue in accordance with the Judgment in this case. The Court would be interested in an in camera review of the 2 tests administered (results).

SO ORDERED:
Date: 5/11/15
Richard M. Berman, U.S.D.J.

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Berman:

    I am writing to say that I have been counseling Dinesh D'Souza for one hour per session on a weekly basis for the past eight (8) months. During this time I have administered two psychological tests: (the MMPI and a personality test.) Both tests showed him to be in the normal range. He is not suffering from any disorders whatever.

    Mr. D'Souza has made very good progress during our time together. In my opinion, he has come to a very good understanding of what caused him to end up in your courtroom. He is genuinely contrite about what he did, and I am convinced that he is not going to do it, or anything like it, again. I also believe he has a lively intelligence, a fundamental decency, and a well-developed self-awareness that will stand him in good stead in the future. In my professional opinion, the purposes for which the court ordered him to do counseling have been achieved. I am pleased to have been part of this process, and of assistance to you and Mr. D'Souza. I believe he is quite ready to resume his regular life and active schedule without further psychological intervention at this point.

Sincerely,

Dr. Marilyn M. Marshall

c Dinesh D'Souza
  Kathy Schwartz