UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

DAVID J. SULTZBAUGH
Chief Probation Officer

TRISHA K. YAMAUCHI
Deputy Chief Probation Officer

101 West Broadway
Suite 700
San Diego, CA 92101-7991
(619) 557-6030

May 8, 2015

> Clerk to docket +
> file. Ms Schwarte to kindly
> see Court's memo endorsement
> dated 5/11/15 re: Dr. Marshall's
> (2) texts.
>
> SO ORDERED.
> Date: 5/12/15    Richard A. Berman
>                  Richard M. Berman, U.S.D.J.

Brett Halem
U.S. Probation Officer
United States Probation Office
500 Pearl St.
New York, NY 10007

Re: D'Souza, Dinesh
Dkt. No. 14CR34 (RMB)
Court Ordered Community Service

Dear Mr. Halem:

This correspondence is in response to the Court's order for the probation department to ensure there is no lapse in Mr. D'Souza's weekly community service commitment. Mr. D'Souza was concerned about deviating from the order stating he teach English to immigrants working towards their citizenship. Accordingly, he reached out to the teacher, Vicky Calero, with whom he co-teaches and Susana Martinez, the director of the adult education department, to see if there were other opportunities available to him. As of today's date, they have agreed that classes will continue until June 18, 2015. From June 18 through July 27, 2015, Mr. D'Souza will help develop the ESL curriculum for the next session. The program has been loosely structured, and Mr. D'Souza and Vicky will work together to provide more structure and a greater learning opportunity for the students. Further, Susana indicated he could gather and organize data from the previous session's evaluations. The undersigned spoke with Vicky and was assured that the probationer will be kept busy with legitimate responsibilities in this interim period.

If, for any reason, the above plan does not materialize as expected, Mr. D'Souza will be referred to other community based programs like San Diego Parks and Recreation or The International Rescue Committee. Your Honor is assured that Mr. D'Souza will comply with his community service order.

Please contact the undersigned at (619) 557-6124 if you or the Court has any questions or concerns.

Very truly yours,

Kathy Schwarte
U.S. Probation Officer

Reviewed by: Jennifer K. Walker
Supervising U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/15