UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                    :
                    Government,     :    14 Cr 34 (RMB)
                                    :
        - against -                 :    **ORDER**
                                    :
DINESH D'SOUZA,                     :
                    Defendant.      :
------------------------------------------------------------x

As a follow up to the conference held in this matter today, the Court brings to the attention of the parties, the following quotation from the sentencing held in this matter on September 23, 2014.

"He's [Mr. D'Souza] also going to be required to do community service, as you have suggested . . . every week, one eight-hour day of community service during the five years, not two hours here, two hours there, but one full eight-hour day devoted to community service." (9/23/15 Tr. at 74:7-11.)

Dated: New York, New York
       July 13, 2015

_____
RICHARD M. BERMAN
U.S.D.J.

