USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

- against-

DINESH D'SOUZA,

Defendant.
------------------------------------------------------------x

**ORDER**

14 cr 34

THE DEFENDANT, by his attorneys, having requested an order directing Pre- *and on consent of the Government,* Trial Services to return his passport, it is hereby

ORDERED, that Defendant's application is granted, and it is further,

ORDERED, that Pre-Trial Services shall return Dinesh D'Souza's passport to him or his attorneys upon presentation of this order,

ORDERED, that the passport be returned to Pre-Trial Services upon completion of the Visa application process for previously requested, but yet to be approved travel.

Dated: New York, New York
September 3, 2015

ENTER:

Richard A. Berman

Hon. Richard Berman
United States District Judge