# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

October 18, 2016

**VIA ECF**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, N.Y. 10007

Re:  United States v. Dinesh D'Souza, 14 CR. 034 (RMB)

Dear Judge Berman:

We write on Mr. D'Souza's behalf, with the consent of the Government and the Probation Department, to respectfully request that this Court modify the conditions of Mr. D'Souza's probation to allow him to travel to Vancouver, Canada to speak at the University of British Columbia on January 14, 2017. As part of the Minute Entry on October 8, 2015, this Court approved Mr. D'Souza's travel assuming continued compliance with probation. This speaking engagement will not impact on his community service.

We have spoken with AUSA Paul Krieger and Probation Officer Kathy Schwarte and neither have objection to our request. Mr. D'Souza's flight itinerary, as well as the location where he will be staying, will be provided to the Probation Department in advance of his trip.

Thank you for your consideration.

Respectfully,

Alex Spiro

cc:   Paul Krieger, Assistant United States Attorney (via ECF)
      Probation Officer Kathy Schwarte (via email)