H9dddsoc

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,              New York, N.Y.

          v.                           14 Cr. 0034(RMB)

DINESH D'SOUZA,

          Defendant.

------------------------------x

                                       September 13, 2017
                                       12:08 p.m.

Before:

              HON. RICHARD M. BERMAN,

                                       District Judge

                    APPEARANCES

JOON H. KIM
     Acting United States Attorney for the
     Southern District of New York
BY:  MATTHEW D. PODOLSKY
          Assistant United States Attorney

ALEX SPIRO
     Attorney for Defendant


          - also present -

PO MICHAEL COX, SDNY

PO DeANNA VARGAS, California (via speakerphone)
```

```
 1                 (In the robing room)
 2            THE COURT:  So, let's see.  We have Ms. Vargas on the
 3    phone here.
 4            Ms. Vargas, are you there?
 5            PO VARGAS:  Yes, I am.
 6            THE COURT:  This is Judge Berman.  And I'll ask
 7    everybody else who is here to introduce themselves over the
 8    phone so you will know who is present.
 9            MR. SPIRO:  Yes.  Alex Spiro on behalf of Mr. D'Souza.
10    Thank you.
11            THE DEFENDANT:  Dinesh D'Souza.
12            PO COX:  Michael Cox.
13            MR. PODOLSKY:  And Matthew Podolsky for the
14    government.
15            THE COURT:  OK.  So, Ms. Vargas, if we could start
16    with you.  We just want to get an update on how Mr. D'Souza is
17    doing with respect to the terms and conditions of probation.
18            PO VARGAS:  Well, your Honor, he is doing -- he is in
19    compliance.  There are no issues to report.  As far as the
20    community service work, he continues to do that as ordered.
21            Aside from that, your Honor, there are no issues.  He
22    is in compliance.
23            THE COURT:  Well, that's great.  That's great.  It
24    would be a very quick hearing, I think.
25            Anybody want -- Mr. Spiro, Mr. D'Souza, anybody want
```

1    to add anything?
2             MR. PODOLSKY:  Not from the government, your Honor.
3             MR. SPIRO:  There is some travel coming up at the
4    beginning of next year but I assume --
5             THE COURT:  You will let me know.
6             MR. SPIRO:  Yes, just so that the Court is aware.
7             THE COURT:  Sure.  So the community service has
8    changed to an ESL program, if I remember we said the last time,
9    English as a second language, or no?
10            THE DEFENDANT:  It has always been the same.  It is
11   teaching English to immigrants.  I'm not doing anything
12   different than I did from the beginning.
13            THE COURT:  I thought there was -- OK.
14            THE DEFENDANT:  It is just that you let me do some of
15   it in Houston as well as in San Diego and I am doing both.
16            THE COURT:  OK.  Sounds great.
17            All right.  Thanks, Ms. Vargas.  Thanks very much
18            PO VARGAS:  Thank you.
19            THE COURT:  Good to talk to you.
20            PO VARGAS:  Yes.  The same here.
21            Excuse me, your Honor.  Do we know when the next
22   status hearing will be?
23            THE COURT:  So I don't think we need to set one right
24   now.  We'll --
25            PO VARGAS:  OK.

H9dddsoc

1           THE COURT:  -- sort of as needed set the next date.  I
2    think we are OK for now.  Good.
3           PO VARGAS:  That sounds good.
4           THE COURT:  Thanks.
5           PO VARGAS:  Thank you.
6           THE COURT:  You bet.  Bye-bye.
7           (Call disconnected)
8           THE COURT:  Good to see you all.
9
10                           - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25