# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

October 25, 2017

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:   **United States v. D'Souza**
               **14 Cr. 034 (RMB)**

Dear Judge Berman:

      On behalf of Mr. D'Souza, request is hereby made for permission for him to travel internationally according to the annexed itinerary, beginning January 9, 2018, with a return to the United States on or about January 23rd. The main purpose of the trip, although partly recreational, is to do research in furtherance of a current writing project.

      I have been in communication with AUSA Matthew Podolski, who has no objection. I have been further advised by United States Probation Officer De Anna Vargas that Probation also has no objection to the travel request.

                                            Respectfully submitted,
                                            Brafman & Associates, P.C.

                              By:   **MARK M. BAKER**

Enc.
cc:   AUSA Matthew Podolski (Via ECF)
       USPO De Anna Vargas (Via e-mail)

# TRAVEL ITINERARY
## JANUARY 9TH to JANUARY 23RD

**Traveler: Dinesh D'Souza**

**January 9, 2018**
**United Confirmation #I7HYZ3**
**Houston (IAH) to Nuremberg (NUE)**
Depart:
**4:10 p.m.**
**Tue., Jan. 9, 2018**
Houston, TX, US (IAH - Intercontinental)

Arrive:
**8:45 a.m. +1 Day**
**Wed., Jan. 10, 2018**
Frankfurt, DE (FRA)

Flight: **LH441**
Operated By Lufthansa
Aircraft: **Airbus A380-800**
Depart:
**1:10 p.m.**
**Wed., Jan. 10, 2018**
Frankfurt, DE (FRA)

Arrive:
**1:55 p.m.**
**Wed., Jan. 10, 2018**
Nuremberg, DE (NUE)

**January 23, 2018**
**United Confirmation #ILZKJZ**

**Prague, CZ (PRG) to Houston, TX, US (IAH)**
Depart:
**6:50 a.m.**
**Tue., Jan. 23, 2018**
Prague, CZ (PRG)

Arrive:
**8:05 a.m.**
**Tue., Jan. 23, 2018**
Frankfurt, DE (FRA)
Flight: **LH1403**
Operated By Lufthansa
Aircraft: **Airbus A320-200**

**Change Planes.** Connect time in Frankfurt, DE (FRA) is 1 hr 45 mn.
Depart:
**9:50 a.m.**
**Tue., Jan. 23, 2018**
Frankfurt, DE (FRA)

Arrive:
**2:05 p.m.**
**Tue., Jan. 23, 2018**
Houston, TX, US (IAH - Intercontinental)