# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

**MEMO ENDORSED**

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

October 25, 2017

USDC SDNY
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/30/17

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. D'Souza**
      **14 Cr. 034 (RMB)**

Dear Judge Berman:

On behalf of Mr. D'Souza, request is hereby made for permission for him to travel internationally according to the annexed itinerary, beginning January 9, 2018, with a return to the United States on or about January 23rd. The main purpose of the trip, although partly recreational, is to do research in furtherance of a current writing project.

I have been in communication with AUSA Matthew Podolski, who has no objection. I have been further advised by United States Probation Officer De Anna Vargas that Probation also has no objection to the travel request.

Respectfully submitted,
Brafman & Associates, P.C.

By:  MARK M. BAKER

*Application granted on consent.*

Enc.
cc:   AUSA Matthew Podolski (Via ECF)
      USPO De Anna Vargas (Via e-mail)

SO ORDERED:
Date: 10/30/17    Richard M. Berman
                  Richard M. Berman, U.S.D.J.