# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

June 14, 1018

**Via ECF and FedEx**
Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

        Re:    **U.S. v. Dinesh D'Souza**
                  14 CR. 034 (RMB)

Dear Judge Berman:

        As you are undoubtedly aware, Mr. D'Souza has been granted a "full and unconditional pardon" by the President. *See attached documents.*

        In light of this development, he has asked us to return his passport. Because we did not believe we had the authority to act on our own, we requested that Mr. D'Souza contact his probation officer. Having done that, he was advised that he best seek relief from the court.

        Accordingly, application is hereby made for authority on counsel's part to return Mr. D'Souza's passport to him.

                                      Respectfully submitted,
                                      Brafman & Associates, P.C.

                        By:  _____
                                      MARK M. BAKER

Enc.
cc:    Carrie Heather Cohen, Esq.
        Matthew D. Podolsky, Esq.
        Paul Matthew Krieger, Esq.
           Via ECF



**U.S. Department of Justice**

Office of the Pardon Attorney

*Washington, D.C. 20530*

May 31, 2018

Benjamin Brafman, Esq.
767 3rd Avenue, #26
New York, NY 10017

Dear Mr. Brafman:

    On the above date, the President granted a full and unconditional pardon to your client, Dinesh D'Souza. The warrant signifying the President's action is enclosed. Also enclosed are a letter to your client explaining the nature and benefits of pardon and an acknowledgment of receipt, along with a postage-paid, self-addressed envelope. We ask that you forward each of these documents to your client immediately and ensure that he returns the acknowledgment of receipt to our office as soon as possible.

Sincerely,

*/s/ Kupers*

Larry Kupers
Acting Pardon Attorney

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY THE PRESIDENT HAS GRANTED UNTO

## DINESH D'SOUZA

### A FULL AND UNCONDITIONAL PARDON

FOR HIS CONVICTION in the United States District Court for the Southern District of New York on an indictment (Docket No. 14 CR 34) charging violation of Sections 441f and 437g(d)(1)(D), Title 2, United States Code, for which he was sentenced on September 23, 2014, to five years' probation, conditioned upon eight months' community confinement and the performance of one full day per week of community service, and a $30,000 fine.

THE PRESIDENT HAS DESIGNATED, directed and empowered the Acting Pardon Attorney as his representative to sign this grant of executive clemency.



*In accordance with these instructions and authority, I have signed my name and caused the seal of the Department of Justice to be affixed hereto and affirm that this action is the act of the President being performed at his direction.*

*Done at the City of Washington, District of Columbia, on June 1, 2018.*

BY DIRECTION OF THE PRESIDENT

Acting Pardon Attorney



**U.S. Department of Justice**

Office of the Pardon Attorney

*Washington, D.C. 20530*

May 31, 2018

Dear Mr. D'Souza:

On the above date, the President granted you a full and unconditional pardon. The warrant signifying the President's action is enclosed.

A presidential pardon is a sign of forgiveness. It does not erase or expunge the record of conviction and does not indicate innocence. On any application or other document that requires the information, a pardon recipient should disclose the fact of his or her conviction. However, the information that a pardon has been granted may be included and the warrant may be shown.

A presidential pardon restores basic civil rights, and removes federal firearms disabilities imposed solely because of the conviction to which the pardon relates. You should consult with appropriate state authorities regarding your firearms privileges under state law, your exercise of such state law rights as voting, serving on a jury, and holding public office, and your eligibility for occupational and professional licenses.

If you have any questions, please do not hesitate to contact us.

Sincerely,

*[signature]*

Larry Kupers
Acting Pardon Attorney